Certificate Number: 06531-AZ-DE-040195174

Bankruptcy Case Number: 25-08702



06531-AZ-DE-040195174

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 13, 2025</u>, at <u>9:04</u> o'clock <u>PM CDT</u>, <u>Saraphine I Stanier</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of Arizona</u>.

Date: <u>October 13, 2025</u>

By: <u>/s/Lizbeth Gallardo Rosas</u>

Name: <u>Lizbeth Gallardo Rosas</u>

Title: <u>Certified Credit Counselor</u>