United States Bankruptcy Court
District of Arizona

In re:     Case No. 25-08702-EPB
SARAPHINE ISABELLE STANIER     Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2     User: admin     Page 1 of 3
Date Rcvd: Dec 29, 2025     Form ID: 318     Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | SARAPHINE ISABELLE STANIER, 33500 N. NORTH VALLEY PKWY APT 374, PHOENIX, AZ 85085-0012 |
| 17884407 | + | Capital Bank N.A., 2275 Research Blvd. Ste 600, Rockville MD 20850-6238 |
| 17884420 | + | Edc/rentplus/idmcompan, 91 E 700 S, Logan UT 84321-5769 |
| 17884422 | + | Experian, PO Box 2104, Allen TX 75013-9504 |
| 17884428 | + | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley CA 92728-0825 |
| 17884433 | + | Sunbit Financial, Sunbit, Inc., Attn: Bankruptcy, Po Box 24010, Los Angeles CA 90024-0010 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BDABIRDSELL | Dec 30 2025 04:19:00 | DAVID A. BIRDSELL, David A. Birdsell, Bankruptcy Trustee, 216 N Center St, Mesa, AZ 85201-6629 |
| smg | | EDI: AZDEPREV.COM | Dec 30 2025 04:19:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 17884400 | + | EDI: TCISOLUTIONS.COM | Dec 30 2025 04:19:00 | 1st Access/tbom/vt, Po Box 89028, Sioux Falls SD 57109-9028 |
| 17884401 | + | Email/PDF: bncnotices@becket-lee.com | Dec 29 2025 23:41:27 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso TX 79998-1535 |
| 17884403 | + | EDI: AZDEPREV.COM | Dec 30 2025 04:19:00 | Arizona Department of Revenue, 1600 W. Monroe St., Phoenix AZ 85007-2650 |
| 17884404 | ^ | MEBN | Dec 29 2025 23:32:33 | Arizona Department of Transportation, PO Box 2100, Phoenix AZ 85001-2100 |
| 17884405 | | EDI: BANKAMER | Dec 30 2025 04:19:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington DE 19886 |
| 17884408 | + | EDI: CAPITALONE.COM | Dec 30 2025 04:19:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City UT 84130-0285 |
| 17884410 | + | EDI: JPMORGANCHASE | Dec 30 2025 04:19:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington DE 19850-5299 |
| 17884412 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Dec 29 2025 23:36:00 | Chex Systems Inc, Attn: Consumer Relations, 7805 Hudson Road, Suite 100, Saint Paul MN 55125-1595 |
| 17884413 | + | EDI: CITICORP | Dec 30 2025 04:19:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis MO 63179-0040 |
| 17884414 | + | EDI: WFNNB.COM | Dec 30 2025 04:19:00 | Comenity Bank/Buckle, Attn: Bankruptcy Department, Po Box 182125, Columbus OH |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 43218-2125 |
| 17884415 | + | EDI: WFNNB.COM | Dec 30 2025 04:19:00 | Comenity Bk/Ulta, Attn: Bankruptcy, Po Box 182273, Columbus OH 43218-2273 |
| 17884416 | + | EDI: PHINGENESIS | Dec 30 2025 04:19:00 | Concora Credit, Attn: Bankruptcy, Po Box 4477, Beaverton OR 97076-4401 |
| 17884417 | + | EDI: CITICORP | Dec 30 2025 04:19:00 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls SD 57117-6500 |
| 17884418 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 29 2025 23:41:05 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas NV 89113-2273 |
| 17884421 | | Email/Text: bankruptcycourts@equifax.com | Dec 29 2025 23:35:00 | Equifax Credit Information Services, Inc, PO Box 740241, Atlanta GA 30374 |
| 17884423 | + | EDI: AMINFOFP.COM | Dec 30 2025 04:19:00 | First Premier Bank, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls SD 57104-4868 |
| 17884424 | + | EDI: AMINFOFP.COM | Dec 30 2025 04:19:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls SD 57107-0145 |
| 17884425 | + | EDI: PHINGENESIS | Dec 30 2025 04:19:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton OR 97076-4401 |
| 17884426 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 29 2025 23:34:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia PA 19176-0379 |
| 17884427 | + | EDI: IRS.COM | Dec 30 2025 04:19:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia PA 19101-7346 |
| 17884429 | + | EDI: LENDNGCLUB | Dec 30 2025 04:19:00 | Lending Club, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco CA 94105-5839 |
| 17884432 | | Email/Text: EBN@Mohela.com | Dec 29 2025 23:34:00 | Sofi Lending Corp/MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield MO 63005 |
| 17884430 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 29 2025 23:41:18 | Merrick Bank Corp, Po Box 9201, Old Bethpage NY 11804-9001 |
| 17884431 | + | Email/Text: consumer@azag.gov | Dec 29 2025 23:35:00 | Office of the Arizona Attorney General, SGD/TRN/MVD, 2005 N. Central Avenue, Phoenix AZ 85004-1545 |
| 17884433 | ^ | MEBN | Dec 29 2025 23:34:23 | Sunbit Financial, Sunbit, Inc., Attn: Bankruptcy, Po Box 24010, Los Angeles CA 90024-0010 |
| 17884434 | + | EDI: SYNC | Dec 30 2025 04:19:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 17884435 | + | EDI: WTRRNBANK.COM | Dec 30 2025 04:19:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis MN 55440-9475 |
| 17884436 | ^ | MEBN | Dec 29 2025 23:33:42 | TransUnion, PO Box 390, Jenkintown PA 19046-0390 |
| 17884437 | | Email/Text: bknotice@upgrade.com | Dec 29 2025 23:34:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco CA 94111 |
| 17884438 | + | EDI: BLUESTEM | Dec 30 2025 04:19:00 | Webbank/Gettington, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud MN 56303-0820 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 17884402 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso TX 79998-1535 |
| 17884406 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Attn: |

| | | |
|---|---|---|
| | | Bankruptcy, P.O.Box 15019, Wilmington DE 19886 |
| 17884409 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City UT 84130-0285 |
| 17884411 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington DE 19850-5299 |
| 17884419 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas NV 89113-2273 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Charles Long | on behalf of Debtor SARAPHINE ISABELLE STANIER andrew@atlaslawarizona.com jacqueline@atlaslawarizona.com,hannah@atlaslawarizona.com,anisah@atlaslawarizona.com |
| DAVID A. BIRDSELL | ecf@azbktrustee.com  response@azbktrustee.com,AZ15@ecfcbis.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | SARAPHINE ISABELLE STANIER<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–8471<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | District of Arizona | |
| Case number: | 2:25–bk–08702–EPB | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

SARAPHINE ISABELLE STANIER

12/29/25

**By the court:** <u>Eddward P. Ballinger Jr.</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318  **Order of Discharge**  page 2